IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JUL 11 PM 3:42

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT VANGOETHEN,**<br><br>Defendant. | No. 25-CR-101-SWS<br><br>Ct 1:  21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)<br>(Conspiracy to Distribute Methamphetamine)<br><br>Ct 2:  18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of a Firearm)<br><br>**\*\*FORFEITURE NOTICE\*\*** |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

From on or about December 1, 2024, through and including March 31, 2025, in the District of Wyoming, the Defendant, **SCOTT VANGOETHEN**, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, and with other persons known and unknown to the grand jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A).

### COUNT TWO

On or about March 6, 2025, in the District of Wyoming, the Defendant, **SCOTT VANGOETHEN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely,

- a Armalite Model AR10 .308 caliber rifle;
- a Beretta Model M9A1 9mm pistol;
- a Laseraim .45 caliber pistol;
- a Marlin Model X7 .7mm-08 caliber rifle;

- a Marlin Model X7 .308 caliber rifle;
- a Marlin Model 60 .22 LR caliber rifle;
- a Mossberg Model 835 12-gauge shotgun;
- a Mossberg 12-gauge shotgun;
- a Remington Model SPR 453 12-gauge shotgun;
- a Rock Island Model M1911 .45 caliber pistol;
- a Ruger Model M77 Hawkeye .22-250 caliber rifle;
- a Ruger Model M77 Hawkeye .338 caliber rifle;
- a Sig Sauer Model M400 .556 caliber rifle;
- a Smith and Wesson Model 19 .357 caliber revolver;
- a S.W.A.T. Firearms Model SF-15 .556 caliber rifle;
- a Walther Model PPS .40 caliber pistol;
- a Weatherby Model Mark V .300 caliber rifle; and
- a Winchester .270 caliber rifle

and the firearms were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872, any firearms and ammunition involved in the commission of the offense, including but not limited to:

- a Armalite Model AR10 .308 caliber rifle;
- a Beretta Model M9A1 9mm pistol;
- a Laseraim .45 caliber pistol;
- a Marlin Model X7 .7mm-08 caliber rifle;
- a Marlin Model X7 .308 caliber rifle;
- a Marlin Model 60 .22 LR caliber rifle;
- a Mossberg Model 835 12-gauge shotgun;
- a Mossberg 12-gauge shotgun;

2

- a Remington Model SPR 453 12-gauge shotgun;
- a Rock Island Model M1911 .45 caliber pistol;
- a Ruger Model M77 Hawkeye .22-250 caliber rifle;
- a Ruger Model M77 Hawkeye .338 caliber rifle;
- a Sig Sauer Model M400 .556 caliber rifle;
- a Smith and Wesson Model 19 .357 caliber revolver;
- a S.W.A.T. Firearms Model SF-15 .556 caliber rifle;
- a Walther Model PPS .40 caliber pistol;
- a Weatherby Model Mark V .300 caliber rifle;
- a Winchester .270 caliber rifle; and
- all seized ammunition.

**DATED** this 11th day of July, 2025.

                                    STEPHANIE I. SPRECHER
                                    Acting United States Attorney

By: *Stephanie Sprecher for*
                                    PAIGE N. HAMMER
                                    Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | SCOTT VANGOETHEN |
| **DATE:** | July 11, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |

**OFFENSE/PENALTIES:**

    **Count 1:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)
                  (Conspiracy to Distribute Methamphetamine)

                  10 Years to Life Imprisonment
                  Up to $10,000,000 Fine
                  5 Years to Life Supervised Release
                  $100 Special Assessment

    **Count 2:** 18 U.S.C. §§ 922(g)(1) and 924(a)(8)
                  (Felon in Possession of a Firearm)

                  0-15 Years Imprisonment
                  Up to $250,000 Fine
                  3 Years Supervised Release
                  $100 Special Assessment

| | |
|---|---|
| **TOTALS:** | 10 Years to Life Imprisonment<br>Up to $10,250,000 Fine<br>5 Years to Life Supervised Release<br>$200 Special Assessment |
| **AGENT:** | Matthew Freeman, DEA |
| **AUSA:** | Paige N. Hammer<br>Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |